# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30258
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 11, 2014

Lyle W. Cayce
Clerk

KELVIN WELLS,

Plaintiff – Appellant

v.

DAVID DIVINCENTI; GARDERE INVESTMENTS, INCORPORATED,

Defendants – Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:12-CV-731

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:*

The district court remanded Plaintiff-Appellant Kelvin Wells' case to the state court from which it was removed. Because Mr. Wells has failed to present a non-frivolous issue regarding the district court's remand, we DISMISS his appeal as frivolous.[1]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] *See* 5TH CIR. R. 42.2.

No. 14-30258

Wells is WARNED that any future frivolous pleadings filed by him in this court or in any court subject to the jurisdiction of this court will subject him to sanctions. Wells should review any pending matters to ensure that they are not frivolous.

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.